1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**ANTOINE BARNES.**

        Plaintiff,

    **vs.**

**MARCIE BARNES, ET AL.,**

        Defendants.

Case No. 21-cv-8804 YGR

**ORDER TO SHOW CAUSE RE PENDING DISMISSAL FOR FAILURE TO PROSECUTE**

**TO PRO SE PLAINTIFF ANTOINE BARNES:**

        Pro se plaintiff originally filed this case in the Eastern District of California on November 3, 2021. (Dkt. No. 1.) At the time of filing, plaintiff did not pay a filing fee, nor did plaintiff file an *in forma pauperis* application to have the filing fee waived. The case was then subsequently transferred to the Northern District of California on November 16, 2021. (Dkt. No. 3.) On that same day, the Court issued an order directing plaintiff to complete an application to proceed *in forma pauperis* by a prisoner under 29 U.S.C. § 1915 within 28 days. (Dkt. No. 4.) The Court warned plaintiff that failure to complete the application within 28 days will lead to dismissal of plaintiff's case. To date, plaintiff has not completed the application to proceed *in forma pauperis*.

        Therefore, plaintiff is **HEREBY ORDERED TO SHOW CAUSE** in writing by no later than July 14, 2022, why this case should not be dismissed for failure to prosecute. Failure to timely file a response to this order shall result in this case being dismissed.

        **IT IS SO ORDERED**.

Dated: June 23, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**