**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTOINE BARNES,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**MARCIE BARNES, ET AL.**<br>　　　　Defendants. | CASE NO. 4-21-cv-8804-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 5 |

　　By Order issued June 23, 2022, plaintiff was directed to file, no later than July 14, 2022, a response explaining why this case should not be dismissed for failure to prosecute. As of July 21, 2022, plaintiff has not filed a response.

　　Accordingly, this case is **DISMISSED** under Federal Rule of Civil Procedure 41 for failure to prosecute.

　　**IT IS SO ORDERED.**

Dated: July 21, 2022

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**